IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.)
KEVIN MEAKENS #R01024,            )
                                  )
            Petitioner,            )
                                  )
    v.                             )    No. 11 C 5825
                                  )
KEITH ANGLIN, WARDEN, etc.,       )
                                  )
            Respondent.            )

MEMORANDUM ORDER

This Court's October 4, 2011 Statement as to Certificate of Appealability not only stated the reasons why such a certificate should not issue but also directed petitioner Kevin Meakens ("Meakens") to provide the statutorily required printout of transactions in his prison trust fund account (see 28 U.S.C. §1915(a)(2)) so that this Court could rule on his application for in forma pauperis treatment--a ruling that might permit him to pay the Court of Appeals' aggregate filing fees of $455 in future installments rather than up front. But because Meakens has not complied with that aspect of this Court's directive, in forma pauperis status must be denied and he is obligated to pay the entire $455 in advance. This is of course a determination that he is free to re-present to the Court of Appeals for its consideration.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 25, 2011